UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lee Simmons,

Plaintiff,

v.

Hansen, Dr. Unger, R.N. Rens, Dr. Sam, CCA/P.C.F. Medical Department, and Willie,

Defendants.

Civil File No. 00-992 (PAM/FLN)

**ORDER**

---

The above-entitled matter is before the Court upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel (Docket No. 18) dated July 18, 2000. Defendants have filed no objections to that Report and Recommendation in the time period permitted for objections. See Rule 72(b), Fed. R. Civ. P.; Local Rule 72.1(c). Therefore, based upon all the files, records and proceedings in this matter, the court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against Defendants HANSEN, DR. UNGER, R.N. RENS, DR. SAM, and CCA/P.C.F. MEDICAL DEPARTMENT are dismissed pursuant to 28 U.S.C. § 1915A(b); and

FILED AUG 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2. Plaintiff's claims against Defendant Willie, as set forth in his Second Amended Complaint (Docket No. 9) are allowed to proceed at this time, without prejudice to any defenses that Defendant Willie may later seek to raise.

Dated: August 14, 2000.

Paul A. Magnuson
United States District Court Judge