UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEE SIMMONS,

Plaintiff,

v.

WILLIE,

Defendant.

Civil No. 00-992 (PAM/FLN)

**ORDER**

This matter is presently before the Court on Plaintiff's motion for appointment of counsel. (Docket No. 25.) This Court denied Plaintiff's previous request for appointment of counsel by order dated July 20, 2000, (Docket No. 19), and Plaintiff has shown no change of circumstances since that time. Therefore, his present motion for appointment of counsel will also be denied.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff's motion for appointment of counsel, (Docket No 25), is DENIED.

Dated: September 12, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 9-13-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________