UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEE SIMMONS,

Plaintiff,

v.

C. WILLE,

Defendant.

Civil No. 00-992 (PAM/FLN)

**ORDER**

This matter is presently before the Court on Plaintiff's Motion for Appointment of Counsel. (Docket No. 35). This Court denied Plaintiff's previous requests for appointment of counsel by Orders dated July 20 and September 12, 2000 (Docket Nos. 19 & 25), and Plaintiff has shown no change of circumstances since that time. Therefore, his present Motion for Appointment of Counsel will also be denied.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff's Motion for Appointment of Counsel, (Docket No 35), is **DENIED**.

Dated: May 30, 2001

Franklin L. Noel
FRANKLIN L. NOEL
Chief Magistrate Judge

MAY 30 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK